**Order entered July 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00162-CV

**NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, Appellant**

**V.**

**JESSICA A. JOHNSON, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02205**

## ORDER

The reporter's record is past due. After receiving written confirmation from appellant that it had paid the fee for preparation of the reporter's record, we ordered Antonette Reagor, Official Court Reporter for the 68th Judicial District Court, to file the reporter's record by July 1, 2016. As of today's date, the reporter's record has not been filed. This appeal cannot proceed without the reporter's record.

Accordingly, we **ORDER** Ms. Reagor to file the reporter's record by **JULY 18, 2016**. We expressly caution Ms. Reagor that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Martin Hoffman, Presiding Judge of the 68th Judicial District Court, Ms. Reagor, and counsel for all parties.

/s/      ELIZABETH LANG-MIERS
              JUSTICE